IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OFNORTH CAROLINA
CHARLOTTE DIVISION
3:94CR147

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TOM AARON TATE | ) | |
| | ) | |

This matter is before the Court upon the *pro se* defendant's motion to reconsider the judgment, which the Court will refer to as a "*Holloway* request," filed on March 26, 2015. The Court hereby directs that the government respond to this motion within fourteen days.

IT IS SO ORDERED.

Signed: April 1, 2016

Graham C. Mullen
United States District Judge